UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAGHIDA HANNA,

    Plaintiff,

v.

HOMEGOODS, INC., a Delaware
Corporation, and THE TJX COMPANIES, INC.,
d/b/a T.J. MAXX HOMEGOODS,
a Delaware Corporation,

    Defendants.

Case No. 2:22-cv-11089
Hon. Laurie J. Michelson
Mag. Judge Elizabeth A. Stafford

| Clifford D. Neubauer (P70910) | John J. Gillooly (P41948) |
|---|---|
| ERSKINE LAW | GARAN LUCOW MILLER, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 612 W. University, Suite 200 | 1155 Brewery Park Blvd., Suite 200 |
| Rochester, MI 48307 | Detroit, MI 48207 |
| 248.601.4499 | 313.446.5501 |
| cneubauer@erskinelaw.com | jgillooly@garanlucow.com |

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

This matter having come before this Honorable Court upon the agreement of the parties and this Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants HOMEGOODS, INC., and THE TJX COMPANIES, INC. d/b/a T.J. MAXX HOMEGOODS, are dismissed from this matter with prejudice and without costs or fees assessed to either party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim in this matter, it is a final Order and disposes of all claims of the Parties.

Dated: January 9, 2023

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE

Approved as to substance and form:

| /s/Clifford D. Neubauer (w/consent) | /s/John J. Gillooly |
|---|---|
| Clifford D. Neubauer (P70910) | John J. Gillooly (P41948) |
| ERSKINE LAW | GARAN LUCOW MILLER, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 612 W. University, Suite 200 | 1155 Brewery Park Blvd., Suite 200 |
| Rochester, MI 48307 | Detroit, MI 48207 |
| 248.601.4499 | 313.446.5501 |
| cneubauer@erskinelaw.com | jgillooly@garanlucow.com |